No. 723. WAINWRIGHT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *George J. Francis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 724. SWINDLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *James Lewis Mann Cromer* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 733. MERCHANTS NATIONAL BANK & TRUST CO. OF INDIANAPOLIS *v.* PROFESSIONAL MEN'S ASSN., INC., ET AL. C. A. 5th Cir. Certiorari denied. *Donald A. Schabel* for petitioner. *Robert W. Smith* for respondents.

No. 734. WHITE CONSOLIDATED INDUSTRIES, INC. *v.* ALLIS-CHALMERS MANUFACTURING CO. C. A. 3d Cir. Certiorari denied. *George I. Meisel* for petitioner. *S. Hazard Gillespie* and *S. Samuel Arsht* for respondent.

No. 744. ROSSI *v.* FLETCHER. C. A. D. C. Cir. Certiorari denied. *William D. Donnelly* for petitioner.

No. 745. COX'S FOOD CENTER, INC. *v.* RETAIL CLERKS UNION, LOCAL NO. 1653, ET AL. Sup. Ct. Idaho. Certiorari denied. *Eli Weston* for petitioner. *Donald Grody* and *Hugh Hafer* for respondents.

No. 751. MAZZOCHI *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Irving Anolik* for petitioner.